KESSNER UMEBAYASHI
BAIN & MATSUNAGA
Attorneys at Law
A Law Corporation

STEVEN GUTTMAN    1289-0
MIRIAH HOLDEN 9011-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:    (808) 529-7177
Email: sguttman@kdubm.com

Attorneys for Debtor
JOHN DEHART WOLLSTEIN

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | ) Case No. 11-00098 |
| | ) (Chapter 11) |
| | ) |
| JOHN DEHART WOLLSTEIN, | ) **NOTICE OF FILING OF** |
| | ) **DEBTOR'S AMENDED** |
| | ) **SCHEDULES A, B, C, D, G, I & J** |
| Debtor. | ) **AND AMENDED STATEMENT OF** |
| | ) **FINANCIAL AFFAIRS** |
| | ) |
| | ) |
| _____ | ) |

# NOTICE OF FILING OF DEBTOR'S AMENDED SCHEDULES A, B, C, D, G, I & J AND AMENDED STATEMENT OF FINANCIAL AFFAIRS

**TO ALL CREDITORS AND PARTIES-IN-INTEREST**:

PLEASE TAKE NOTICE that on April 4, 2011, Debtor JOHN DEHART WOLLSTEIN filed his Amended Schedules A, B, C, D, G, I and J, and his Amended Statement of Financial Affairs.

DATED: Honolulu, Hawaii, April 4, 2011.

        /s/ STEVEN GUTTMAN
        STEVEN GUTTMAN
        Attorney for Debtor
        John DeHart Wollstein