| Filer's Name, Address, Phone, Fax, Email: | |
|---|---|
| Kessner Umebayashi Bain & Matsunaga<br>Steven Guttman 1289-0<br>Miriah Holden 9011-0<br>220 South King Street, Suite 1900<br>Honolulu, Hawaii 96813<br>Telephone: (808) 536-1900<br>Facsimile: (808) 529-7177<br>Email: kdubm_bk@kdubm.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 |

hib_1009-1 (12/09)

| Debtor: JOHN DEHART WOLLSTEIN | Case No.: **11-00098** |
|---|---|
| Joint Debtor:<br>(if any) | Chapter: **11** |

## COVER SHEET FOR AMENDMENTS

**Check all of the following that are being amended.**

Schedules: ☐ A ☐ B ☐ C ☐ G ☑ H ☐ I ☐ J

Schedules: ☐ D ☐ E ☑ F   ($26 fee for 1 or more)

☐ List of Creditors / Mailing Matrix

☑ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules)

☐ Statement of Financial Affairs

☐ List of Equity Security Holders

☐ Statement of Intention

☑ List of 20 Largest Unsecured Creditors

☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation)

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief. [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

/s/ John DeHart Wollstein
Signature of Debtor
Dated: May 2, 2011

/s/ _____
Signature of Joint Debtor
Dated: _____

### CERTIFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: May 2, 2011          /s/ Steven Guttman

**Attach amended schedules or statements to cover sheet. Attach a service list with names and addresses where notice was sent.**

# United States Bankruptcy Court
## District of Hawaii

In re    **John DeHart Wollstein** ,    Case No. **11-00098**
Debtor

Chapter    **11**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | 7,660,150.00 | | |
| B - Personal Property | Yes | 4 | 96,342.76 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 5 | | 4,837,573.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 229,001.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,447.68 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,989.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| | | Total Assets | 7,756,492.76 | | |
| | | | Total Liabilities | 5,066,574.94 | |

# United States Bankruptcy Court
## District of Hawaii

In re  John DeHart Wollstein
,
Debtor

Case No. __11-00098__

Chapter __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Official Form 4 (12/07)   UNITED STATES BANKRUPTCY COURT – DISTRICT OF HAWAII

| Debtor: **JOHN DEHART WOLLSTEIN** | Case No. (if known): **11-00098** Chapter 11 |
|---|---|

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 1 American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1531 | Same | credit card purchases | | $7,927.00 |
| 2 American Savings Bank<br>P.O. Box 2300<br>Honolulu, HI 96804-2300 | Same | credit card purchases | | $14,710.00 |
| 3 Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Same | credit card purchases (multiple accts) | | $70,806.00 |
| 4 Central Pacific Bank<br>P.O. Box 3590<br>Honolulu, HI 96811 | Same | line of credit | | $25,000.00 |
| 5 Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Same | credit card purchases | | $6,924.00 |
| 6 Chase Bank USA, N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Same | credit card purchases (multiple accts) | | $40,101.00 |
| 7 CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 | Same | unknown | disputed | $786.00 |
| 8 Discover Card<br>P.O. Box 3025<br>New Albany, NY | Same | credit card purchases | | $180.00 |
| 9 Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | Same | credit card purchases | | $1,223.00 |
| 10 First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812 | Same | lines of credit, credit card purchases (multiple accts) | 2 accts disputed | $45,333.94 |

Debtor: **JOHN DEHART WOLLSTEIN**

Case No. (if known): **11-00098**
Chapter 11

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 Hawaii Schools FCU<br>233 S Vineyard St<br>Honolulu, HI 96813 | Same | business loan | | $7,416.00 |
| 12 Sears Gold Mastercard<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 | Same | credit card purchases | | $8,595.00 |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: May 2, 2011

/s/ John DeHart Wollstein
Signature

Debtor-in-Possession
Print Name and Title

In re   John DeHart Wollstein                                    Case No.   11-00098
                                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Account No. 1007<br><br>American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1531 | - | 2010<br>Credit card purchases | | | | 7,927.00 |
| Account No. 1007<br><br>American Savings Bank<br>P.O. Box 2300<br>Honolulu, HI 96804-2300 | - | 2010<br>Credit card purchases (business) | | | | 14,710.00 |
| Account No. 9131<br><br>Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | - | 1-2008<br>Credit card purchases (business) | | | | 34,705.00 |
| Account No. 8077<br><br>Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | - | 12-2007<br>Credit card purchases (business) | | | | 36,101.00 |
| _4_ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | 93,443.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    S/N:31789-110218   Best Case Bankruptcy

In re  John DeHart Wollstein  ,  Case No.  11-00098
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8898<br><br>Central Pacific Bank<br>P.O. Box 3590<br>Honolulu, HI 96811 | - | | 1-2011<br>Line of credit (business) | | | | 25,000.00 |
| Account No. 9582<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | - | | 1-2011<br>Credit card purchases | | | | 6,924.00 |
| Account No. 9224<br><br>Chase Bank USA N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | - | | Credit card purchases | | | | 2,725.00 |
| Account No. 9072<br><br>Chase Bank USA N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | - | | 2010<br>Credit card purchases | | | | 3,236.00 |
| Account No. 6729<br><br>Chase Bank USA N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | - | | 2010<br>Credit card purchases | | | | 4,496.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  42,381.00

In re  John DeHart Wollstein,  Case No. 11-00098
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8702<br><br>Chase Continental<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | - | | Credit card purchases | | | | 29,644.00 |
| Account No. 9453<br><br>CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 | - | | 7-2010 | | | X | 112.00 |
| Account No. 9454<br><br>CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 | - | | 7-2010 | | | X | 220.00 |
| Account No. 9455<br><br>CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 | - | | 7-2010 | | | X | 156.00 |
| Account No. 9456<br><br>CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 | - | | 7-2010 | | | X | 298.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  30,430.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

In re   John DeHart Wollstein,   Case No. 11-00098
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5517<br><br>Discover Card<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | | - | Credit card purchases | | | | 180.00 |
| Account No. 2974<br><br>Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | | - | 2010<br>Credit card purchases | | | | 1,223.00 |
| Account No. 1609<br><br>First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812 | | - | 8-2001<br>Line of credit (personal) | | | | 9,758.00 |
| Account No. 3981<br><br>First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812 | | - | 7-2010<br>Line of credit (business) | | | | 32,109.00 |
| Account No. 3570<br><br>First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812 | | - | 1-2011<br>Credit card purchases | | | | 567.00 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   43,837.00

B6F (Official Form 6F) (12/07) - Cont.

In re   John DeHart Wollstein                                 ,   Case No.   11-00098
                                Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1442<br><br>First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812 | | - | 6-2006<br>Credit line | | | X | 2,040.98 |
| Account No. 1442<br><br>First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812 | | - | Credit card purchases | | | X | 858.96 |
| Account No. 2063<br><br>Hawaii Schools FCU<br>233 S Vineyard<br>Honolulu, HI 96813 | | - | 4-2007<br>Business loan | | | | 7,416.00 |
| Account No. 4385<br><br>Sears Gold Mastercard<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 | | - | 2010<br>Credit card purchases | | | | 8,595.00 |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   18,910.94

Total (Report on Summary of Schedules)   229,001.94

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                           Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **John DeHart Wollstein**            Case No.   **11-00098**
                                      Debtor

## SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mayumi Yoshida<br>4669 Kolohala St<br>Honolulu, HI 96816 | CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 |
| Mayumi Yoshida<br>4669 Kolohala St<br>Honolulu, HI 96816 | CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 |
| Mayumi Yoshida<br>4669 Kolohala St<br>Honolulu, HI 96816 | CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 |
| Mayumi Yoshida<br>4669 Kolohala St<br>Honolulu, HI 96816 | CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821 |

  **0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

**SERVICE LIST**

America's Servicing Co
P.O. Box 60768
Los Angeles, CA 90060-0768

American Express
P.O. Box 981535
El Paso, TX 79998-1531

American Savings Bank
P.O. Box 2300
Honolulu, HI 96804-2300

Antone & Janet Mindoro
1130 Ahe Ahe Ave
Wahiawa, HI 96786

BAC Home Loans Servicing LP
450 American St, SW
Simi Valley, CA 93065

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of Hawaii
Bankoh Loan Center
P.O. Box 2715
Honolulu, HI 96803

Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Berlin Kaio
P.O. Box 174
Laie, HI 96762

Central Pacific Bank
P.O. Box 3590
Honolulu, HI 96811

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Continental
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Home Loans
P.O. Box 24696
Columbus, OH 43224-0696

CMRE Financial Services
3075 E Imperial Hwy #200
Brea, CA 92821

Countrywide Home Loans
400 Countrywide Way
Simi Valley, CA 93065-6298

Discover Card
P.O. Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

First Hawaiian Bank
Loan Recovery Dept
P.O. Box 4070
Honolulu, HI 96812

Flagstar Bank
P.O. Box 371891
Pittsburgh, PA 15250

Hawaii Schools FCU
233 S Vineyard
Honolulu, HI 96813

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James & Franchesca Shipman
725 Piikoi St, #207
Honolulu, HI 96814

Jerry & Pauline Doyle
232 Vista del Indio
Fallbrook, CA 92028

John & Monica Kumalae
91-005 Parish Dr
Ewa Beach, HI 96706

Kyoko Leary
1727 S Beretania St, #2-C
Honolulu, HI 96826

Mark Kealoha Kimble
1730 Rollingdale Wy
Capitol Heights, MD 20743

Mayumi Yoshida
4669 Kolohala St
Honolulu, HI 96816

Melvin & LaVerne Wong
671 Bataan Pl
Monterey Park, CA 91755

Michael Faria
P.O. Box 159025
Honolulu, HI 96830

New Century Mortgage Corp
P.O. Box 11052
Orange, CA 92856-8152

Ocwen Loan Servicing LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

Sears Gold Mastercard
P.O. Box 6286
Sioux Falls, SD 57117-6286

Tango Juliet Leasing LLC
c/o Law Offices of TJ Lane
55 Merchant St, #3000
Honolulu, HI 96813

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715