*Filer's Name, Address, Phone, Fax, Email:*

Kessner Umebayashi Bain & Matsunaga
Steven Guttman  1289-0
Miriah Holden  9011-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:   (808) 529-7177
Email:  kdubm_bk@kdubm.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_1009-1 (12/09)

| Debtor: | **JOHN DEHART WOLLSTEIN** | Case No.: **11-00098** |
|---|---|---|
| Joint Debtor:<br>(if any) | | Chapter: **11** |

## COVER SHEET FOR AMENDMENTS

| *Check all of the following that are being amended.* | |
|---|---|
| Schedules: ☑A ☐B ☐C ☐G ☐H ☐I ☐J | ☐ List of Creditors / Mailing Matrix |
| Schedules: ☑D ☐E ☐F   ($26 fee for 1 or more) | ☑ ($26 fee unless (i) only updating an address, or (ii) only adding a creditor's attorney, or (iii) uploading creditors in ECF without amending schedules) |
| ☐ Statement of Financial Affairs | ☐ List of Equity Security Holders |
| ☐ Statement of Intention | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Statement of Monthly Income (Ch 7 - with Means Test / Ch 13 - with Disposable Income Calculation) | |

### DECLARATION BY DEBTOR(S)

I declare under penalty of perjury that the attached amendments are correct to the best of my knowledge, information, and belief.  [*If filing electronically through ECF, a* **Declaration re: Electronic Filing** *with original signatures must be submitted on paper not later than 7 days after filing the amendments.*]

/s/ John DeHart Wollstein
Signature of Debtor
Dated: May 19, 2011

/s/_____
Signature of Joint Debtor
Dated: _____

### CERTIFICATE OF SERVICE

The undersigned certifies:

☑ Notice of the amendments has been served on all creditors and parties in interest on the attached service list. (If exemptions or exemption amounts have been amended, a copy of Schedule C has been served on all creditors and parties in interest.)

☐ A copy of the Notice of Bankruptcy Case, Meeting of Creditors, & Deadlines has been served on the additional creditors and parties in interest identified on the attached service list.

Dated: May 19, 2011                    /s/ Steven Guttman

<u>Attach amended schedules or statements to cover sheet.  Attach a service list with names and addresses where notice was sent.</u>

# United States Bankruptcy Court
## District of Hawaii

In re    **John DeHart Wollstein**

Debtor

Case No.   **11-00098**

Chapter       **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | 8,074,650.00 | | |
| B - Personal Property | Yes | 4 | 96,342.76 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 4,937,573.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 229,001.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,447.68 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,989.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 8,170,992.76 | | |
| Total Liabilities | | | | 5,166,574.94 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Hawaii

In re    John DeHart Wollstein _____ ,

Case No. _____ 11-00098 _____

                Debtor

Chapter _____ 11 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    John DeHart Wollstein                                    Case No.    11-00098
                                         Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3204-A Ahinahina Pl, Honolulu, HI 96816 | Fee simple | - | 581,900.00 | 465,677.00 |
| 3206 Ahinahina Pl, Honolulu, HI 96816 | Fee simple | - | 865,600.00 | 623,331.00 |
| 1727 S Beretania, #2-C, Honolulu, HI 96826 (Beretania Hale) partial interest as lessee; co-op; pending installment sale | Leasehold | - | Unknown | 0.00 |
| 725 Piikoi St, #207, Honolulu, HI 96814 (Piikoi Plaza) | Leasehold | - | 200,400.00 | 97,530.00 |
| 2415 Ala Wai Blvd, #1903, Honolulu, HI 96815 (Waikiki Skyliner) | Leasehold | - | 302,300.00 | 397,638.00 |
| 2421 Ala Wai Blvd, #702, Honolulu, HI 96815 (Ala Wai Townhouse) pending installment sale | Leasehold | - | 312,100.00 | 98,180.00 |
| 2421 Ala Wai Blvd, #703, Honolulu, HI 96815 (Ala Wai Townhouse) pending installment sale | Leasehold | - | 247,000.00 | 82,429.00 |
| 445 Kaiolu St, #801, Honolulu, HI 96815 (Rosalei Apts) | Fee simple | - | 161,800.00 | 168,078.00 |
| 159 Kaiulani Ave, #203, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 127,400.00 | 0.00 |
| 159 Kaiulani Ave, #303, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 128,000.00 | 0.00 |
| 159 Kaiulani Ave, #304, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 128,000.00 | 0.00 |
| 159 Kaiulani Ave, #402, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 128,500.00 | 0.00 |

Sub-Total >     3,183,000.00     (Total of this page)

__2__    continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  **John DeHart Wollstein**                                                    Case No.  __11-00098__

                                                    Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 159 Kaiulani Ave, #407, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 246,000.00 | 0.00 |
| 159 Kaiulani Ave, #409, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 128,500.00 | 0.00 |
| 444 Niu St, #PH-502, Honolulu, HI 96815 (Hawaiian Monarch) | Fee simple | - | 547,400.00 | 578,731.00 |
| 2450 Prince Edward St, #1207-A, Honolulu, HI 96815 (Kuhio Village II) | Leasehold | - | 218,900.00 | 80,000.00 |
| 55-145 Poohaili St, Laie, HI 96762 pending installment sale | Fee simple | - | 569,300.00 | 272,860.00 |
| 91-449 Ewa Beach Rd, Ewa Beach, HI 96706 (includes 91-449-A Ewa Beach Rd, which is referred to as Lot 166 in the deed) | Fee simple | - | 949,800.00 | 644,365.00 |
| 91-005 Parish Dr, Ewa Beach, HI 96706 pending installment sale | Fee simple | - | 425,200.00 | 313,338.00 |
| 159 Kaiulani Ave, #206, Honolulu, HI 96815 (Hawaiian Ebbtide) | | - | 127,400.00 | 0.00 |
| 445 Kaiolu St, #604, Honolulu, HI 96815 (Rosalei Apts) pending installment sale | Leasehold | - | 88,150.00 | 90,725.00 |
| 159 Kaiulani Ave #405, Honolulu, HI 96815 (Hawaiian Ebbtide) | Leasehold | - | 128,500.00 | 0.00 |
| 425 Ena Rd #306-A, Honolulu, HI 96815 (Kalia Apts) | Leasehold | - | 233,800.00 | 0.00 |
| 2415 Ala Wai Blvd, #1808, Honolulu, HI 96815 (Waikiki Skyliner) pending sale - escrow is Old Republic | Leasehold | - | 281,600.00 | 191,043.00 |
| 444 Niu St, #PH-504, Honolulu, HI 96815 (Hawaiian Monarch) | Fee simple | - | 532,600.00 | 394,757.00 |

Sub-Total >          **4,477,150.00**          (Total of this page)

Sheet __1__ of __2__  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **John DeHart Wollstein**                         Case No.    **11-00098**

                                        Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
## (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **159 Kaiulani Ave, #301, Honolulu, HI 96815 (Hawaiian Ebbtide) Re-conveyed to Debtor on 5-5-2011 to cancel prior transction** | **Leasehold** | - | **128,000.00** | **0.00** |
| **159 Kaiulani Ave, #307, Honolulu, HI 96815 (Hawaiian Ebbtide)** | **Leasehold** | - | **257,900.00** | **0.00** |
| **1018 W Missouri St, El Paso, TX 79902 (sold in 7-1993 but deed in satisfaction of A/S never recorded)** | | - | **28,600.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **414,500.00** | (Total of this page) |
| Total > | **8,074,650.00** | |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                             Best Case Bankruptcy

In re    **John DeHart Wollstein**                                   Case No.    **11-00098**

                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0758**<br><br>America's Servicing Co<br>P.O. Box 60768<br>Los Angeles, CA 90060-0768 | | | 5-2004<br>1st mortgage<br>2421 Ala Wai Blvd, #702, Honolulu, HI 96815<br>(Ala Wai Townhouse)<br>pending installment sale | | | | | |
| | | | Value $        312,100.00 | | | | 98,180.00 | 0.00 |
| Account No. **xxxxx2806**<br><br>BAC Home Loans Servicing LP<br>450 American St, SW<br>Simi Valley, CA 93065 | | | 7-2006<br>1st mortgage<br>3204-A Ahinahina Pl, Honolulu, HI 96816 | | | | | |
| | | | Value $        581,900.00 | | | | 373,522.00 | 0.00 |
| Account No. **xxxxx5416**<br><br>BAC Home Loans Servicing LP<br>450 American St, SW<br>Simi Valley, CA 93065 | | | 5-2007<br>2nd mortgage<br>3204-A Ahinahina Pl, Honolulu, HI 96816 | | | | | |
| | | | Value $        581,900.00 | | | | 92,155.00 | 0.00 |
| Account No. **xxxxx3221**<br><br>BAC Home Loans Servicing LP<br>450 American St, SW<br>Simi Valley, CA 93065 | | | 4-2006<br>1st mortgage<br>2415 Ala Wai Blvd, #1903, Honolulu, HI 96815<br>(Waikiki Skyliner) | | | | | |
| | | | Value $        302,300.00 | | | | 297,638.00 | 0.00 |

**5**    continuation sheets attached

Subtotal            **861,495.00**      **0.00**
(Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

In re   **John DeHart Wollstein**                            ,     Case No.   **11-00098**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx6088 <br><br> BAC Home Loans Servicing LP <br> 450 American St, SW <br> Simi Valley, CA 93065 | | - | 5-2007 <br><br> 2nd mortgage <br><br> 445 Kaiolu St, #801, Honolulu, HI 96815 (Rosalei Apts) | | | | | |
| | | | Value $        161,800.00 | | | | 70,730.00 | 6,278.00 |
| Account No. xxxx1855 <br><br> BAC Home Loans Servicing LP <br> 450 American St, SW <br> Simi Valley, CA 93065 | | - | 7-2004 <br><br> 1st mortgage <br><br> 55-145 Poohaili St, Laie, HI 96762 pending installment sale | | | | | |
| | | | Value $        569,300.00 | | | | 272,860.00 | 0.00 |
| Account No. xxx079-8 <br><br> Bank of Hawaii <br> Bankoh Loan Center <br> P.O. Box 2715 <br> Honolulu, HI 96803 | | | 4-2007 <br><br> 444 Niu St, #PH-504, Honolulu, HI 96815 (Hawaiian Monarch) | | | | | |
| | | | Value $        532,600.00 | | | | 394,757.00 | 0.00 |
| Account No. xxx4296 <br><br> Chase Home Loans <br> P.O. Box 24696 <br> Columbus, OH 43224-0696 | | - | 4-2004 <br><br> 1st mortgage <br><br> 3206 Ahinahina Pl, Honolulu, HI 96816 | | | | | |
| | | | Value $        865,600.00 | | | | 350,154.00 | 0.00 |
| Account No. xxxxx7210 <br><br> Chase Home Loans <br> P.O. Box 24696 <br> Columbus, OH 43224-0696 | | | 1-2007 <br><br> 1st mortgage <br><br> 725 Piikoi St, #207, Honolulu, HI 96814 (Piikoi Plaza) | | | | | |
| | | | Value $        200,400.00 | | | | 97,530.00 | 0.00 |

Sheet  **1**  of  **5**  continuation sheets attached to <br> Schedule of Creditors Holding Secured Claims

Subtotal <br> (Total of this page)      **1,186,031.00**      **6,278.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com           Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __John DeHart Wollstein__                   Case No. ___11-00098___

                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4800 | | | 5-2004 | | | | | |
| Chase Home Loans P.O. Box 24696 Columbus, OH 43224-0696 | | - | 1st mortgage 2421 Ala Wai Blvd, #703, Honolulu, HI 96815 (Ala Wai Townhouse) pending installment sale | | | | | |
| | | | Value $      247,000.00 | | | | 82,429.00 | 0.00 |
| Account No. xxxx2909 | | | 8-2004 | | | | | |
| Chase Home Loans P.O. Box 24696 Columbus, OH 43224-0696 | | - | 1st mortgage 445 Kaiolu St, #801, Honolulu, HI 96815 (Rosalei Apts) | | | | | |
| | | | Value $      161,800.00 | | | | 97,348.00 | 0.00 |
| Account No. xxxx0408 | | | 4-2007 | | | | | |
| Chase Home Loans P.O. Box 24696 Columbus, OH 43224-0696 | | - | 1st mortgage 444 Niu St, #PH-502, Honolulu, HI 96815 (Hawaiian Monarch) | | | | | |
| | | | Value $      547,400.00 | | | | 378,731.00 | 0.00 |
| Account No. xxxx7357 | | | 2-2005 | | | | | |
| Countrywide Home Loans 400 Countrywide Way Simi Valley, CA 93065-6298 | | - | 1st mortgage 445 Kaiolu St, #812, Honolulu, HI 96815 (Rosalei Apts) | | | | | |
| | | | Value $      183,900.00 | | | | 120,450.00 | 0.00 |
| Account No. xxxxx6096 | | | 5-2007 | | | | | |
| Countrywide Home Loans 400 Countrywide Way Simi Valley, CA 93065-6298 | | - | 2nd mortgage 445 Kaiolu St, #812, Honolulu, HI 96815 (Rosalei Apts) | | | | | |
| | | | Value $      183,900.00 | | | | 58,000.00 | 0.00 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                        Subtotal (Total of this page)    736,958.00      0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __John DeHart Wollstein__          Case No. __11-00098__

                                                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx6059 <br><br> Countrywide Home Loans <br> 400 Countrywide Way <br> Simi Valley, CA 93065-6298 | | - | 7-2007 <br><br> 2nd mortgage <br><br> 91-005 Parish Dr, Ewa Beach, HI 96706 <br> pending installment sale <br><br> Value $ 425,200.00 | | | | 59,884.00 | 0.00 |
| Account No. xxxxxx1035 <br><br> Flagstar Bank <br> P.O. Box 371891 <br> Pittsburgh, PA 15250 | | - | 8-2009 <br> 1st mortgage <br> 91-449 Ewa Beach Rd, Ewa Beach, HI 96706 <br> (includes 91-449-A Ewa Beach Rd, which is referred to as Lot 166 in the deed) <br><br> Value $ 949,800.00 | | | | 644,365.00 | 0.00 |
| Account No. <br><br> Gerald Larkins <br> 918 Lunalilo St <br> Honolulu, HI 96822 | | - | 7-29-2008 <br><br> 2nd mortgage <br><br> 2415 Ala Wai Blvd, #1903, Honolulu, HI 96815 <br> (Waikiki Skyliner) <br><br> Value $ 302,300.00 | | | | 100,000.00 | 95,338.00 |
| Account No. <br><br> Hawaii Schools FCU <br> 233 S Vineyard <br> Honolulu, HI 96813 | | - | Purchase Money Security <br><br> 2007 Lexus ES <br> (in possesion of estranged spouse; being returned to Hawaii Schools FCU) <br><br> Value $ 22,000.00 | | | | 23,441.00 | 1,441.00 |
| Account No. <br><br> Jerry & Pauline Doyle <br> 232 Vista del Indio <br> Fallbrook, CA 92028 | | - | 4-6-2010 <br><br> 1st mortgage <br><br> 2450 Prince Edward St, #1207-A, Honolulu, HI 96815 <br> (Kuhio Village II) <br><br> Value $ 218,900.00 | | | | 80,000.00 | 0.00 |

Sheet __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                                          Subtotal    907,690.00     96,779.00

                                          (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  __John DeHart Wollstein_____     Case No.  ___11-00098_____
                                                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 11-2009 | | | | | |
| Mark Kealoha Kimble 1730 Rollingdale Wy Capitol Heights, MD 20743 | - | | Agreement of Sale 2415 Ala Wai Blvd, #1808, Honolulu, HI 96815 (Waikiki Skyliner) pending sale - escrow is Old Republic | | | | | |
| | | | Value $              281,600.00 | | | | 191,043.00 | 0.00 |
| Account No. xxxxxx2283 | | | 4-2007 | | | | | |
| New Century Mortgage Corp 18400 Von Karman Irvine, CA 92612 | - | | 1st mortgage 445 Kaiolu St, #903, Honolulu, HI 96815 (Rosalei Apts) | | | | | |
| | | | Value $              207,300.00 | | | | 237,000.00 | 29,700.00 |
| Account No. xxxxx0420 | | | 1-2005 | | | | | |
| Ocwen Loan Servicing LLC P.O. Box 6440 Carol Stream, IL 60197-6440 | - | | 1st mortgage 91-005 Parish Dr, Ewa Beach, HI 96706 pending installment sale | | | | | |
| | | | Value $              425,200.00 | | | | 253,454.00 | 0.00 |
| Account No. xxxxx4520 | | | 5-2004 | | | | | |
| Ocwen Loan Servicing LLC P.O. Box 6440 Carol Stream, IL 60197-6440 | - | | 1st mortgage 445 Kaiolu St, #604, Honolulu, HI 96815 (Rosalei Apts) pending installment sale | | | | | |
| | | | Value $              176,300.00 | | | | 90,725.00 | 0.00 |
| Account No. | | | 8-2009 | | | | | |
| Tango Juliet Leasing LLC c/o Law Offices of TJ Lane 55 Merchant St, #3000 Honolulu, HI 96813 | - | | 2nd mortgage 444 Niu St, #PH-502, Honolulu, HI 96815 (Hawaiian Monarch) | | | | | |
| | | | Value $              547,400.00 | | | | 200,000.00 | 31,331.00 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 972,222.00 | 61,031.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **John DeHart Wollstein**                                    Case No.   **11-00098**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001** | | | 9-2005 | | | | | |
| **Wells Fargo Home Mortgage** **3476 Stateview Blvd** **Fort Mill, SC 29715** | | - | **2nd mortgage** **3206 Ahinahina Pl, Honolulu, HI 96816** | | | | | |
| | | | Value $            **865,600.00** | | | | **273,177.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **273,177.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **4,937,573.00** | **164,088.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

# AMENDED APPENDIX "A"

# JOHN D. WOLLSTEIN PROPERTIES
## SUMMARY OF REAL PROPERTIES INCOME AND EXPENSE PER MONTH

(WOP = Wollstein Oahu Properties; WRR = Wollstein Rosalei Rentals, LLC; JDW = John D. Wollstein Properties; WBIP = Wollstein Big Island Properties, LLC;
WRRG = Wollstein Rome Rentals Georgia; WHER = Wollstein Hawaiian Ebbtides Rentals, LLC)

| Install/Fee 1/2 Interest | DESCRIPTION | OWNER | INCOME | MORTGAGE | R/P TAX | MAINT | GET | NET | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| FEE | 445 Kaiolu St. #604 Rosalei Apts Honolulu, HI 96815 | JDW | $285.00 | $399.00 | $30.00 | $234.00 | $- | $(378.00) | Income from pending installment sale. |
| FEE | 445 Kaiolu St. #801 Rosalei Apts Honolulu, HI 96815 | JDW | $1,150.00 | $1,729.00 | $59.00 | $375.00 | $52 | $(1,065.00) | |
| Fee | 444 Nui St. #PH-502 Hawaiian Monarch Honolulu, HI 96815 | JDW | $2,800.00 | $3,026.00 | $146.00 | $1,051.00 | $126 | $(1,549.00) | |
| Fee | 444 Nui St. #PH-504 Hawaiian Monarch Honolulu, HI 96815 | JDW | $2,500.00 | $2,757.00 | $115.00 | $1,150.00 | $113 | $(1,635.00) | |
| Fee | 3204-A Ahinahina Pl Honolulu, HI 96816 | JDW | $4,500.00 | $4,830.00 | $168.00 | $0.00 | $203 | $(701.00) | |
| Fee | 3206 Ahinahina Pl Honolulu, HI 96816 | JDW | $2,370.00 | $3,950.00 | $25.00 | $0.00 | $107 | $(1,712.00) | |
| Fee | 91-005 Parish Dr Ewa Beach, HI 96706 | JDW | $2,588.00 | $3,424.00 | $0.00 | $0.00 | $- | $(836.00) | Income from pending installment sale. |
| FEE | 55-145 Poohaili St Laie, HI 96762 | JDW | $2,834.00 | $2,389.00 | $0.00 | $0.00 | $- | $445.00 | Income from pending installment sale. |
| Fee | 91-449 Ewa Beach Rd Ewa Beach, HI 96706 | JDW | $2,500.00 | $3,424.00 | | | $113 | $(1,037.00) | Includes 91-449-A Ewa Beach Rd (Lot 166). Completing renovations. |
| LH | 159 Kaiulani Ave. #203 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,200.00 | $0.00 | $0.00 | $850.00 | $54 | $296.00 | |
| LH | 159 Kaiulani Ave. #206 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,200.00 | $0.00 | $0.00 | $850.00 | $54 | $296.00 | |
| LH | 159 Kaiulani Ave. #301 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,075.00 | $0.00 | $0.00 | $0.00 | $49 | $1,026.00 | Re-conveyed to JDW on 5-5-2011 per cancellation of prior transaction. |
| LH | 159 Kaiulani Ave. #303 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,000.00 | $0.00 | $0.00 | $850.00 | $45 | $105.00 | |
| LH | 159 Kaiulani Ave. #304 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,295.00 | $0.00 | $0.00 | $850.00 | $59 | $386.00 | |
| LH | 159 Kaiulani Ave. #307 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,750.00 | $0.00 | $0.00 | $1,275.00 | $79 | $396.00 | |
| LH | 159 Kaiulani Ave. #402 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $1,200.00 | $0.00 | $0.00 | $850.00 | $54 | $296.00 | |

U.S. Bankruptcy Court - Hawaii   #11-00098   Dkt # 76   Filed  05/19/11   Page 14 of 22

# JOHN D. WOLLSTEIN PROPERTIES
## SUMMARY OF REAL PROPERTIES INCOME AND EXPENSE PER MONTH

(WOP = Wollstein Oahu Properties; WRR = Wollstein Rome Rentals, LLC; JDW = John D. Wollstein Properties; WBIP = Wollstein Big Island Properties, LLC;
WRRG = Wollstein Rome Rentals Georgia; WHER = Wollstein Hawaiian Ebbtide Rentals, LLC)

| Type | Property | Entity | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| LH | 159 Kaiulani Ave, #405 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 54 | 1,146.00 | Re-conveyed to JDW on 5-5-2011 per cancellation of prior transaction. |
| LH | 159 Kaiulani Ave, #407 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $ 0.00 | $ 0.00 | $ 0.00 | $ 1,275.00 | $ - | (1,275.00) | Manager's apartment |
| LH | 159 Kaiulani Ave, #409 Hawaiian Ebbtide Honolulu, HI 96815 | JDW | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | 296.00 | |
| LH | 425 Ena Rd. #306-A Kalia Apts Honolulu, HI 96815 | JDW | $ 1,695.00 | $ 0.00 | $ 0.00 | $ 1,154.00 | $ 77 | 464.00 | |
| LH | 2415 Ala Wai Blvd, #1903 Waikiki Skyliner Honolulu, HI 96815 | JDW | $ 2,100.00 | $ 2,875.00 | $ 109.00 | $ 598.00 | $ 95 | (1,577.00) | |
| LH | 2415 Ala Wai Blvd, #1808 Waikiki Skyliner Honolulu, HI 96815 | JDW | $ 2,100.00 | $ 2,000.00 | $ 96.00 | $ 589.00 | $ 95 | (680.00) | Income pending sale to Janet Mindoro; order approving sale filed on 4/26/11 |
| LH | 2421 Ala Wai Blvd, #702 Ala Wai Townhouse Honolulu, HI 96815 | JDW | $ 966.00 | $ 1,374.00 | $ 0.00 | $ 0.00 | $ - | (408.00) | Income from pending installment sale. |
| LH | 2450 Prince Edward, #1207-A Kuhio Village II Honolulu, HI 96815 | JDW | $ 1,900.00 | $ 667.00 | $ 100.00 | $ 908.00 | $ 86 | 139.00 | |
| LH | 2421 Ala Wai Blvd, #703 Ala Wai Townhouse Honolulu, HI 96815 | JDW | $ 793.00 | $ 1,077.00 | $ 0.00 | $ 0.00 | $ - | (284.00) | Income from pending installment sale. |
| LH | 725 Piikoi St, #207 Piikoi Plaza Honolulu, HI 96814 | JDW | $ 1,000.00 | $ 956.00 | $ 0.00 | $ 0.00 | $ - | 44.00 | Income from pending installment sale. |
| LH | 1727 S Beretania St, #2-C Beretania Hale Honolulu, HI 96826 | JDW | $ 78.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ - | 78.00 | Income from pending installment sale. |
| FEE | 1018 W Missouri St El Paso, TX 79902 | JDW | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ - | 0.00 | A/S paid off on 7-20-1993 but deed & satisfaction of agreement of sale has not been recorded. |
| | | | | | | | | | |
| | | | $ 43,279.00 | $ 34,877.00 | $ 848.00 | $ 13,709.00 | $ 1,569 | (7,724.00) | |
| Fee | 445 Kaiolu St. #303 Rosalei Apts Honolulu, HI 96815 | WRR | $ 1,175.00 | $ 423.00 | $ 61.00 | $ 508.00 | $ 53 | 130.00 | |
| Fee | 445 Kaiolu St. #505 Rosalei Apts Honolulu, HI 96815 | WRR | $ 975.00 | $ 399.00 | $ 64.00 | $ 476.00 | $ 44 | (8.00) | |

# JOHN D. WOLLSTEIN PROPERTIES
## SUMMARY OF REAL PROPERTIES INCOME AND EXPENSE PER MONTH

(WOP = Wollstein Oahu Properties; WRR = Wollstein Rosalei Rentals, LLC; JDW = John D. Wollstein Properties; WBIP = Wollstein Big Island Properties, LLC;
WRRG = Wollstein Rome Rentals Georgia, WHER = Wollstein Hawaiian Ebbtides Rentals, LLC)

| FEE | Property | Entity | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|
| FEE | | | $ 3,130.00 | $ 2,350.00 | $ 188.00 | $ 1,460.00 | $ 142 | $ (1,010.00) | |
| | 445 Kaiolu St., #812 Rosalei Apts Honolulu, HI 96815 | WRR | $ 980.00 | $ 1,528.00 | $ 63.00 | $ 476.00 | $ 45 | $ (1,132.00) | |
| Fee | 444 Nui St. #PH-501 Hawaiian Monarch Honolulu, HI 96815 | WOP | $ 2,600.00 | $ 2,113.00 | $ 187.00 | $ 1,150.00 | $ 117 | $ (967.00) | |
| LH | 2415 Ala Wai Blvd, #1803 Waikiki Skyliner Honolulu, HI 96815 | WOP | $ 100.00 | $ 0.00 | $ 43.00 | $ 298.00 | $ 5 | $ (246.00) | JDW owns 1/3 interest |
| | | | $ 2,700.00 | $ 2,113.00 | $ 230.00 | $ 1,448.00 | $ 122 | $ (1,213.00) | |
| LH | 159 Kaiulani Ave. #101 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 3,250.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 147 | $ 2,253.00 | |
| LH | 159 Kaiulani Ave. #102 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 3,100.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 140 | $ 2,110.00 | |
| LH | 159 Kaiulani Ave. #103 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 2,950.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 133 | $ 1,967.00 | |
| LH | 159 Kaiulani Ave. #104 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 3,138.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 142 | $ 2,146.00 | |
| LH | 159 Kaiulani Ave. #108 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 3,450.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 156 | $ 2,444.00 | |
| LH | 159 Kaiulani Ave. #201 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,250.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 57 | $ 343.00 | |
| LH | 159 Kaiulani Ave. #202 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 45 | $ 105.00 | |
| LH | 159 Kaiulani Ave. #204 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 45 | $ 105.00 | RP website lists Toonu & Shinne Kodama as co-lessees. |
| LH | 159 Kaiulani Ave. #205 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |

U.S. Bankruptcy Court - Hawaii  #11-00098  Dkt # 76  Filed 05/19/11  Page 16 of 22

# JOHN D. WOLLSTEIN PROPERTIES
## SUMMARY OF REAL PROPERTIES INCOME AND EXPENSE PER MONTH

(WOP = Wollstein Oahu Properties; WRR = Wollstein Rosalie Rentals, LLC; JDW = John D. Wollstein Properties; WBIP = Wollstein Big Island Properties, LLC; WRRG = Wollstein Rome Rentals Georgia; WHER = Wollstein Hawaiian Ebbtides Rentals, LLC)

| | Property | Entity | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LH | 159 Kaiulani Ave, #207 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 2,495.00 | $ 0.00 | $ 0.00 | $ 1,275.00 | $ 113 | $ 1,107.00 | |
| LH | 159 Kaiulani Ave, #208 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,432.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 65 | $ 517.00 | |
| LH | 159 Kaiulani Ave, #302 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |
| LH | 159 Kaiulani Ave, #308 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 45 | $ 105.00 | |
| LH | 159 Kaiulani Ave, #309 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |
| LH | 159 Kaiulani Ave, #401 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |
| LH | 159 Kaiulani Ave, #403 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |
| LH | 159 Kaiulani Ave, #404 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,200.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |
| LH | 159 Kaiulani Ave, #406 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 45 | $ 105.00 | |
| LH | 159 Kaiulani Ave, #407 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,400.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 63 | $ 487.00 | |
| LH | 159 Kaiulani Ave, #408 Hawaiian Ebbtide Honolulu, HI 96815 | WBIP | $ 1,185.00 | $ 0.00 | $ 0.00 | $ 8,550.00 | $ 54 | $ (7,419.00) | |
| LH | 159 Kaiulani Ave, #410 Hawaiian Ebbtide Honolulu, HI 96815 | WHER | $ 1,400.00 | $ 0.00 | $ 0.00 | $ 850.00 | $ 54 | $ 296.00 | |
| | | | $ 34,850.00 | $ 0.00 | $ 25,125.00 | | $ 1,574 | $ 8,151.00 | |
| Install/F | Old Sugar Cane Rd 6,960 acres in Puna Opihikao, HI | WBIP | $ 0.00 | $ 0.00 | $ 41.00 | $ 0.00 | $ - | $ (41.00) | Income from pending agreement of sale. |
| Fee | 11-2919 Makoa Rd Fern Forest, Lot 11 (4.5 acres) Puna District, HI | WBIP | $ 0.00 | $ 0.00 | $ 22.00 | $ 0.00 | $ - | $ (22.00) | |

# JOHN D. WOLLSTEIN PROPERTIES
## SUMMARY OF REAL PROPERTIES INCOME AND EXPENSE PER MONTH

(WOP = Wollstein Oahu Properties; WRR = Wollstein Rosalei Rentals, LLC; JDW = John D. Wollstein Properties; WBIP = Wollstein Big Island Properties, LLC;
WRRG = Wollstein Rome Rentals Georgia, WHER = Wollstein Hawaiian Ebitides Rentals, LLC)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Fee | 11-2777 Noeula Rd Fern Forest, Lot 27 (3 acres) Puna District, HI | WBIP | $ 0.00 | $ 0.00 | $ 33.00 | $ - | $ (33.00) |
| | | | $ 0.00 | $ 0.00 | $ 96.00 | $ - | $ (96.00) |
| Fee | Lakeshore Dr & Mitchell Circle Rome, GA | WRRG | $ 0.00 | $ 0.00 | $ 38.00 | $ - | $ (38.00) |
| Fee | 1204 N Broad St Rome, GA | WRRG | $ 775.00 | $ 453.00 | $ 78.00 | $ - | $ 244.00 |
| Fee | 1206 N Broad St Rome, GA | WRRG | $ 1,073.00 | $ 551.00 | $ 93.00 | $ - | $ 429.00 |
| Fee | 1208 N Broad St Rome, GA | WRRG | $ 785.00 | $ 518.00 | $ 88.00 | $ - | $ 179.00 |
| | | | $ 2,633.00 | $ 1,522.00 | $ 297.00 | $ 0.00 | $ 814.00 |

Curtis B. Ching, Esq.
ustpregion15.hi.ecf@usdoj.gov
Office of the U.S. Trustee

Robert E. Chapman, Esq.
rchapman@paclawteam.com
Reginald K.T. Yee, Esq.
ryee@paclawteam.com
Attorneys for Creditor
HSBC Bank USA

Susan Tius, Esq.
stius@rmhawwaii.com
Attorney for Creditor
Bank of Hawaii

Dean R. Prober, Esq.
cmartin@pprlaw.net
Attorney for Creditor
BAC Home Loans Servicing LP

Derek W.C. Wong, Esq.
dwong@rcolegal.com
Attorney for Creditors
BAC Home Loans Servicing, fka
Countrywide Home Loans, and
PNC Bank NA, US Bank National Assn

Elizabeth A. Kane, Esq.
ekane@aloha.net
Attorney for Creditor
Hawaii Schools FCU

America's Servicing Co
P.O. Box 60768
Los Angeles, CA 90060-0768

American Express
P.O. Box 981535
El Paso, TX 79998-1531

American Savings Bank
P.O. Box 2300
Honolulu, HI 96804-2300

Antone & Janet Mindoro
1130 Ahe Ahe Ave
Wahiawa, HI 96786

BAC Home Loans Servicing LP
450 American St, SW
Simi Valley, CA 93065

Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Bank of Hawaii
Bankoh Loan Center
P.O. Box 2715
Honolulu, HI 96803

Page 1

Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Berlin Kaio
P.O. Box 174
Laie, HI 96762

Central Pacific Bank
P.O. Box 3590
Honolulu, HI 96811

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Bank USA N.A.
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Continental
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Home Loans
P.O. Box 24696
Columbus, OH 43224-0696

CMRE Financial Services
3075 E Imperial Hwy #200
Brea, CA 92821

Countrywide Home Loans
400 Countrywide Way
Simi Valley, CA 93065-6298

Discover Card
P.O.  Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103

First Hawaiian Bank
Loan Recovery Dept
P.O. Box 4070
Honolulu, HI 96812

Flagstar Bank
P.O. Box 371891
Pittsburgh, PA 15250

Gerald Larkins
918 Lunalilo St
Honolulu, HI 96822

Hawaii Schools FCU
233 S Vineyard
Honolulu, HI 96813

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James & Franchesca Shipman
725 Piikoi St, #207
Honolulu, HI 96814

Jerry & Pauline Doyle
2421 Tusitala St, #503
Honolulu, HI 96815

John & Monica Kumalae
91-005 Parish Dr
Ewa Beach, HI 96706

Kyoko Leary
1727 S Beretania St, #2-C
Honolulu, HI 96826

Mark Kealoha Kimble
1730 Rollingdale Wy
Capitol Heights, MD 20743

Mayumi Yoshida
4669 Kolohala St
Honolulu, HI 96816

Melvin & LaVerne Wong
671 Bataan Pl
Monterey Park, CA 91755

Michael Faria
P.O. Box 159025
Honolulu, HI 96830

New Century Mortgage Corp
18400 Von Karman
Irvine, CA 92612

Ocwen Loan Servicing LLC
P.O. Box 6440
Carol Stream, IL 60197-6440

Recovery Management Systems Corp
25 S.E. 2nd Ave, #1120
Miami, FL 33131

Sears Gold Mastercard
P.O. Box 6286
Sioux Falls, SD 57117-6286

Tango Juliet Leasing LLC
c/o Law Offices of TJ Lane
55 Merchant St, #3000
Honolulu, HI 96813

Timothy Prickett
P.O. Box 700332
Kapolei, HI 96709-0332

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

U.S. Bankruptcy Court - Hawaii  #11-00098  Dkt # 76  Filed  05/19/11  Page 22 of 22