MARY SIMPSON
HAWAIIAN EBBTIDE
159 KAIULANI AVE. #211
HONOLULU, HI 96815
808-926-1160

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2011 MAY 24 A 10: 26
MICHAEL B. DOWLING
CLERK OF COURT

May 21, 2011

Clerk's Office
United States Bankruptcy Court
District of Hawaii
1132 Bishop Street Suite 250
Honolulu, HI 96813

11 - 00098

Gentlemen:

It is my understanding that Mr. John Wollstein, major
stockholder for the Hawaiian Ebbtide Hotel has filed for
bankruptcy. As a stockholder, landlord, and tenant, (I own 7
units) I believe I should receive written notification of
these proceedings as a form of protection for my interests.

Since neither Mr. Wollstein nor his legal advisor had the
courtesy to inform me, I would appreciate your advice or
perhaps you can send a copy of the bankruptcy to me.

Thank you for your time and consideration.

Sincerely,

Mary Simpson