KESSNER UMEBAYASHI
BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

STEVEN GUTTMAN    1289-0
MIRIAH HOLDEN     9011-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:   (808) 529-7177
Email: kdubm_bk@kdubm.com

Attorneys for Debtor-in-Possession
JOHN DeHART WOLLSTEIN

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>JOHN DeHART WOLLSTEIN,<br><br>        Debtor. | Case No. 11-00098<br>(Chapter 11)<br><br>**ORDER DENYING DEBTOR-IN-POSSESSION'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(d) EXTENDING TIME PERIODS DURING WHICH DEBTOR HAS EXCLUSIVE RIGHT TO FILE PLAN AND TO SOLICIT ACCEPTANCES THERETO**<br><br>**HEARING**:<br>Date:    August 18, 2011<br>Time:   1:30 P.M.<br>Judge:  Hon. Lloyd King |

# ORDER DENYING DEBTOR-IN-POSSESSION'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(d) EXTENDING TIME PERIODS DURING WHICH DEBTOR HAS EXCLUSIVE RIGHT TO FILE PLAN AND TO SOLICIT ACCEPTANCES THERETO

Debtor-in-Possession JOHN DEHART WOLLSTEIN's ("Debtor") Motion for Order Pursuant to 11 U.S.C. §1121(d) Extending Time Periods During Which Debtor Has Exclusive Right to File Plan and to Solicit Acceptances Thereto ("Motion"), filed herein on August 15, 2011 [Dkt #119], came on for hearing on August 18, 2011 before the Honorable Lloyd King, United States Bankruptcy Judge. Curtis B. Ching appeared on behalf of the Office of the United States Trustee, Derek Wong appeared on behalf of Creditors Wells Fargo Bank and PNC Bank, and Steven Guttman appeared on behalf of the Debtor.

The Court having considered the Motion, the responsive memoranda, the records in this case and counsels' statements presented at the hearing, and for those reasons stated in open court, incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure;

**IT IS HEREBY ORDERED** that the Motion is denied.

/s/ Lloyd King
United States Bankruptcy Judge
Dated: August 22, 2011

## APPROVED AS TO FORM:

/s/ CURTIS B. CHING
CURTIS B. CHING, ESQ.
Office of the United States Trustee

/s/ DEREK WONG
DEREK WONG, ESQ.
Attorney for Creditor Wells Fargo, NA
and Creditor PNC Bank

---

In re John DeHart Wollstein, Case No. 11-00098, **ORDER DENYING DEBTOR-IN-POSSESSION'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(d) EXTENDING TIME PERIODS DURING WHICH DEBTOR HAS EXCLUSIVE RIGHT TO FILE PLAN AND TO SOLICIT ACCEPTANCES THERETO**

3

U.S. Bankruptcy Court - Hawaii    #11-00098    Dkt # 136    Filed 08/23/11    Page 3 of 3