**RCO HAWAII, LLLC**
DEREK WONG #4155
900 FORT STREET MALL, SUITE 800
HONOLULU, HI 96813
PHONE: (808) 532-0090
FAX: (808) 524-0092
dwong@rcolegal.com

Attorneys for Creditor
Wells Fargo Bank, NA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>John DeHart Wollstein<br><br><br>Debtor | CASE NO. 11-00098<br>(Chapter 11)<br><br>OBJECTION TO DEBTOR'S MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT FOR PLAN OF REORGANIZATION; CERTIFICATE OF MAILING<br><br>[Re: Docket Entry No. 189, 190, 191]<br><br>HEARING:<br>DATE: November 14, 2011<br>TIME: 9:30 a.m.<br>JUDGE: Honorable Robert J. Faris |

Wells Fargo Bank, NA, its successors in interest and assigns ("Creditor"), objects to Debtors Motion ("Motion") for Order Approving Disclosure Statement for Plan of Reorganization (The "Plan") of John DeHart Wollstein ("Debtor" herein). Creditor is designated as Class No. 2E.

On or about August 30, 2005, John DeHart Wollstein, executed and delivered a Promissory Note ("Note") in favor of National City Mortgage Co in the original principal amount of $293,000.00. This Note was secured by a Mortgage ("Mortgage") encumbering real property commonly described as 3206 Ahinahina Place, Honolulu, HI 96816 ('Property').

On January 14, 2011, Debtor filed for protection under Title 11, chapter 11 of the United States Code under cause number 11-00098 in the above listed court. The outstanding balance due on the Note as of filing is approximately $288,686.14. As of the same date the loan is contractually due from the August 1, 2010 payment.

The pre-petition arrears, including payments, late charges, escrow advances and accrued fees and costs are per Creditor's filed proof of claim. The current ongoing monthly payment is $1,811.44. Creditor filed its Motion for Relief and the hearing was set for October 5, 2011. No formal objections were made and the hearing was removed from the calendar. Debtor requested 6 months to sell the Property. Creditor agreed to the terms and contemplates that a stipulated order will be filed.

Creditor is designated as Class 2E. Creditor submits the following objections:

1. The proposed Disclosure Statement describes a Plan that is insufficient with respect to its proposed treatment of Creditor's Mortgage. The Plan designates Creditor's Mortgage as "unimpaired". A claim is impaired if the Plan alters the legal, equitable or contractual rights to which the claim holder is otherwise entitled, unless the only alteration is the reinstatement of the original maturity and curing defaults with respect to an accelerated debt. 11 U.S.C. § 1124 (1) and (2). However, although stated otherwise, Creditor is impaired because it will not be paid its legally entitled late charges or similar fees and expenses as provided in the Mortgage terms. The exclusion of late charges comprises an unequal treatment compared to Class 2C, 3B, 3C, 3E and 6, whose late charges are proposed to be paid.

2. Debtor contemplates the sale of the subject property. Creditor anticipates that a mutually agreeable timetable will be agreed upon and that the terms of the stipulated order would be incorporated in the Plan.

3. In general terms, the disclosure and plan terms does not provide adequate information and details regarding the Debtors' general financial condition. There is lack of information as to income (rental proceeds) and expenditures, projections of profit or loss and analysis as to liquidation and cash flow.

For the above reasons, the proposed Disclosure Statement and Plan fails to adequately protect Creditor. Therefore, Creditor respectfully requests the Court deny the Motion and require an amendment.

DATED November 7, 2011.

**RCO Hawaii, LLLC**
Attorneys for Creditor


\_\_/s/ Derek Wong_____
By: Derek Wong

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF HAWAII

In re:

John DeHart Wollstein

                Debtor

CASE NO. 11-00098
(Chapter 11)

CERTIFICATE OF MAILING

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury under the laws of the State of Hawaii that a true and correct copy of the Objection to Debtor's Motion for Order Approving Disclosure Statement for Plan of Reorganization was sent via electronic mail and/or postage pre-paid, regular first class mail on the 7th day of November, 2011, to the parties listed on the attached Exhibit.

DATED this 7th day of November, 2011.

                /s/ Renee Rivera
                Renee Rivera,
                Assistant to Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0975-1<br>Case 11-00098<br>District of Hawaii<br>Honolulu<br>Mon Nov  7 15:37:36 HST 2011 | America's Servicing Company<br>Pite Duncan, LLP<br>4375 Jutland Drive<br>Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | (c)BAC HOME LOANS SERVICING LP FKA COUNTRYWID<br>SV-73<br>400 NATIONAL WAY<br>SIMI VALLEY CA  93065-6414 |
| BAC Home Loans Servicing, LP, c/o Prober & R<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | BAC Home Loans Servicing, LP, its assignees<br>1757 Tapo Canyon Rd.<br>Simi Valley, CA 93063-3390 | Bank of America, N.A., successor by merger t<br>2380 Performance Dr. Bldg C Mail Stop: R<br>Richardson, TX 75082-4333 |
| Green Tree Servicing, LLC<br>7360 South Kyrene Road<br>Tempe, az 85283-8432 | HSBC Bank USA<br>c/o Ocwen Loan Servicing, LLC<br>1661 Worthington Rd.<br>Suite 100<br>West Palm Beach, FL 33409-6493 | Kessner Umebayashi Bain & Matsunaga<br>220 S King St, Ste 1900<br>Honolulu, HI 96813-4593 |
| PNC Bank, NA<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Wells Fargo Bank, N.A.<br>c/o Ocwen Loan Servicing, LLC<br>1661 Worthington Rd.<br>Suite 100<br>West Palm Beach, FL 33409-6493 |
| Wells Fargo Bank, NA<br>c/o BAC Home Loans Servicing LP<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 | USBC Clerk's Office<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813-2830 | America's Servicing Co<br>P.O. Box 60768<br>Los Angeles, CA 90060-0768 |
| American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Savings Bank<br>P.O. Box 2300<br>Honolulu, HI 96804-2300 |
| Antone & Janet Mindoro<br>1130 Ahe Ahe Ave<br>Wahiawa, HI 96786-1204 | BAC Home Loans Servicing LP<br>450 American St, SW<br>Simi Valley, CA 93065-6285 | BAC Home Loans Servicing, LP<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 |
| BAC Home Loans Servicing, LP<br>Bk. Dept., Mail Stop CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 | BAC Home Loans Servicing, LP<br>c/o Prober & Rapahel, A Law Corp.<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364-6207 | BAC Home Loans Servicing, LP, et al<br>BK Dept. MS CA6-919-01-23<br>400 National Way<br>Simi Valley, CA 93065-6414 |
| Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026 | Bank of America<br>P.O. Box 3170<br>Simi Valley, CA 93062-3170 | Bank of America<br>P.O. Box 5170<br>Simi valley, ca 93062-5170 |
| Bank of America National Association<br>America's Servicing Company<br>MAC X7801-014<br>ATTN: Bankruptcy Department<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Bank of America, NA<br>c/o Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Bank of Hawaii<br>Bankoh Loan Center<br>P.O. Box 2715<br>Honolulu, HI 96803-2715 |

| | | |
|---|---|---|
| Bank of Hawaii<br>Mortgage Collection #740<br>P.O. Box 2900<br>Honolulu, HI 96846-0001 | Bank of Hawaii<br>P.O. Box 3650<br>Honolulu, HI 96811-3650 | Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Berlin Kaio<br>P.O. Box 174<br>Laie, HI 96762-0174 | CENTRAL PACIFIC BANK<br>PO BOX 3590<br>HONOLULU HI 96811-3590 | CMRE Financial Services<br>3075 E Imperial Hwy #200<br>Brea, CA 92821-6753 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA N.A.<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Chase Continental<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 |
| Chase Home Finance<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | Chase Home Finance<br>P.O.Box 24969<br>Columbus, OH 43224-0696 | Chase Home Loans<br>P.O. Box 24696<br>Columbus, OH 43224-0696 |
| Citizens First Bank<br>701 Broad Street<br>Rome, GA 30161-3196 | (c)COUNTRYWIDE HOME LOANS<br>400 NATIONAL WAY<br>SIMI VALLEY CA 93065-6414 | Department of Taxation<br>State of Hawaii<br>Attn: Bankruptcy Unit<br>P.O. Box 259<br>Honolulu, HI 96809-0259 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany Ohio 43054-3025 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Card<br>P.O. Box 3025<br>New Albany, OH 43054-3025 |
| Discover Card<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 | First Hawaiian Bank<br>Loan Recovery Dept<br>P.O. Box 4070<br>Honolulu, HI 96812-4070 | First Hawaiian Bank<br>P.O. Box 4070<br>Honolulu, HI 96812-4070 |
| Flag Star Bank<br>5151 Corporate Dr.<br>Troy, MI 48098-2639 | Flagstar Bank<br>P.O. Box 371891<br>Pittsburgh, PA 15250-7891 | Gerald Larkins<br>918 Lunanilo St<br>Honolulu, HI 96822-3572 |
| HSBC Bank USA<br>c/o Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | HSBC Bank USA<br>c/o JPMorgan Chase Bank, NA<br>Dept OH4-7142<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | HSBC Bank USA, NA<br>800 Brooksedge Boulevard<br>Mail Code OH4-7302<br>Westerville, OH 43081-2822 |
| Hawaii Schools FCU<br>233 S Vineyard<br>Honolulu, HI 96813-2474 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| James & Franchesca Shipman<br>725 Piikoi St, #207<br>Honolulu, HI 96814-2956 | Jerry & Pauline Doyle<br>232 Vista del Indio<br>Fallbrook, CA 92028-2546 | Jerry D and Pauline D. Doyle<br>2421 Tusitala Street, Unit 2601<br>Honolulu, HI 96815-3109 |
| John & Monica Kumalae<br>91-005 Parish Dr<br>Ewa Beach, HI 96706-2513 | Kyoko Leary<br>1727 S Beretania St, #2-C<br>Honolulu, HI 96826-1127 | Mark Kealoha Kimble<br>1730 Rollingdale Wy<br>Capitol Heights, MD 20743 |
| Mary Simpson<br>Hawaiian Ebbtide<br>159 Kaiulani Ave., #211<br>Honolulu, HI 96815-3239 | Mary Simpson<br>c/o James Hochberg, Esq.<br>745 Fort St., Ste. 1201<br>Honolulu, HI 96813-3877 | Mayumi Yoshida<br>4669 Kolohala St<br>Honolulu, HI 96816-5223 |
| Melvin & LaVerne Wong<br>671 Bataan Pl<br>Monterey Park, CA 91755-4264 | Michael Faria<br>P.O. Box 159025<br>Honolulu, HI 96830-1000 | New Century Mortgage Corp<br>P.O. Box 11052<br>Orange, CA 92856-8152 |
| New Century Mortgage Corp.<br>18400 Von Karman<br>Irvine, CA 92612-1514 | Ocwen Loan Servicing LLC<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1661 Worthington Rd<br>Suite 100<br>West Palm Beach, FL 33409-6493 |
| Ocwen Loan Svc<br>P.O. Box 785057<br>Orlando, FL 32878-5057 | Office of the U.S. Trustee<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813-2830 | PNC Bank, NA<br>c/o Derek Wong, Esq.<br>RCO Hawaii, LLLC<br>900 Fort Street Mall, Suite 800<br>Honolulu, HI 96813-3706 |
| PNC Mortgage<br>P.O. Box 1820<br>Dayton, OH 45401-1820 | Sears Gold Mastercard<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 | Tango Juliet Leasing LLC<br>301 Kaialii Place<br>Honolulu, HI 96821-2518 |
| Tango Juliet Leasing LLC<br>c/o law Offices of TJ Lane<br>55 Merchant St., #3000<br>Honolulu, Hi 96813-4397 | The Bank of New York Mellon<br>c/o BAC Home Loans Servicing, LP<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 | Timothy B. Prickett<br>94-578 Holaniku St.<br>Mililani, HI 96789-1732 |
| U.S. Bank, NA<br>c/o Chase Home Finance, LLC<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Wells Fargo Bank<br>P.O. Box 5169<br>Sioux Falls, SD 57117-5169 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>X2303-01A - 1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo Home Mortgage<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Wells Fargo Home Mortgage<br>P.O. Box 78258<br>Phoenix, AZ 85062-8258 | Allison A. Ito<br>Wagner Choi & Verbrugge<br>745 Fort St., Ste. 1900<br>Honolulu, HI 96813-3820 |

| | | |
|---|---|---|
| Chuck C. Choi<br>Wagner Choi & Verbrugge<br>745 Fort Street, Suite 1900<br>Honolulu, HI 96813-3820 | Deborah Gabe<br>c/o Moseley Biehl Tsugawa Lau & Muzzi<br>1100 Alakea Street, 23rd Fl.<br>Honolulu, HI 96813-2826 | John DeHart Wollstein<br>2415 Ala Wai #1901<br>Honolulu, HI 96815-3410 |
| Timothy B. Prickett<br>P.O. Box 700332<br>Kapolei, HI 96709-0332 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>915 2nd Avenue, M/S 243<br>Seattle, WA 98174 | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA  19114-0326 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| BAC Home Loans Servicing LP fka Countrywide<br>400 Countrywide Way<br>SV-73<br>Simi Valley, HI 93065 | Countrywide Home Loans<br>400 Countrywide Way<br>Simi Valley, CA 93065-6298 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of Hawaii | (u)Estate of Gerald Larkin | (u)Hawaii Scools FCU |
| (u)US Bank National Assoc. | (d)American Savings Bank<br>P.O. Box 2300<br>Honolulu, HI 96804-2300 | (d)Central Pacific Bank<br>P.O. Box 3590<br>Honolulu, HI 96811-3590 |
| (d)Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (d)Chase home finance<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | (d)Green Tree Servicing,LLC,<br>7360 South Kyrene Road,<br>Tempe, AZ 85283-8432 |

| | | |
|---|---|---|
| (d)Ocwen Loan Servicing, LLC<br>Attn:Bankruptcy Department<br>1661 Worthington Rd<br>Suite 100<br>West Palm Beach, FL 33409-6493 | (u)PNC Bank, NA | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| (d)Wells Fargo Bank, NA<br>c/o BAC Home Loans Servicing, LP<br>400 National Way<br>Mail Stop: CA6-919-01-23<br>Simi Valley, CA 93065-6414 | (d)Mary Simpson<br>Hawaiian Ebbtide<br>159 Kaiulani Ave., #211<br>Honolulu, HI 96815-3239 | End of Label Matrix<br>Mailable recipients   93<br>Bypassed recipients   14<br>Total   107 |